# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20150-CIV-LENARD/GOODMAN

ROY R. LUSTIG,

    Plaintiff,

v.

BARBARA STONE,

    Defendant.
_____/

## ORDER ENJOINING DEFENDANT BARBARA STONE FROM MAKING ANY FURTHER FILINGS WITHOUT FIRST OBTAINING JUDICIAL PERMISSION

**THIS CAUSE** is before the Court on a sua sponte review of the record. For the reasons that follow, the Court finds that Defendant Barbara Stone is a vexatious litigant and enjoins her from making any further filings without first obtaining judicial permission.

### I.  Background

According to the Amended Complaint, "[Plaintiff Roy R.] Lustig and [Defendant Barbara] Stone first crossed paths in connection with a guardianship proceeding initiated by Stone in" Florida probate court, Judge Michael Genden presiding. (D.E. 5 ¶ 5.) Lustig represented Jacqueline Hertz and Blaire Lapides, the successor guardians for Stone's mother, Helen Stone, a person who was adjudged to be incompetent. (See id.; see also D.E. 5-11 at 2.)

As a result of the guardianship proceedings, Stone engaged in a course of conduct that Magistrate Judge Jonathan Goodman described as evidencing "a single-minded intent

## ALL WRITS CONSTITUTIONAL CRISES PETITION AND/OR APPEAL; DEMAND TO SET ASIDE ULTRA VIRES MASSIVE HUMAN RIGHTS VIOLATIONS AND CONSENTS TO CRIMES IN THE GUISE OF ILLEGAL ORDERS; DECLARATORY JUDGMENT; DEMAND FOR RESTRAINING ORDERS

This All Writs Imminent Constitutional Crises Petition and/or Appeal to set aside ultra-vires 12/7/15 and 6/26/20 massive human rights violations issued in the guise of orders; Declaratory Judgment; Demand for Restraining Orders are filed by Barbara Stone ("Petitioner") July 7, 2020. This Matter is time sensitive as Petitioner is being extorted to engage in illegal acts by July 24, 2020 (see 1(c). Petitioner seeks a response to all statements herein and jury trial.

### I. DECLARATION OF GRAVE IMMINENT CONSTITUTIONAL CRISES

1. This is a matter of grave and imminent Constitutional crises as a result of:
   a. The seizure, theft, execution and termination of Petitioner's guaranteed, inalienable, natural, human, civil and Constitutional rights, property and assets by ultra-vires [1] proclamation in the guise of an order issued in the name of Joan Lenard (the "Judicial Officers") on June 25, 2020 (the "2020 Theft of Rights and Consent to Embezzlement/Hate Crimes RICO") Fraudulent Docket Entry 228- Exhibit A.
   b. The rambling 59 page ultra-vires proclamation is only a diversion by the Judicial Officers to divert the public and all courts from the following facts:
      i. **the Declaratory Judgments in Article II (Exhibit B) evidence this entire matter is a complete sham AS THERE IS NOT NOR EVER BEEN ANY INJURY BY ROY R. LUSTIG AS CLAIMED FOR $100,000 BY NOT BEING HIRED AS THE "CLIENT" CLAIMED BY ROY R. LUSTIG TO HAVE NOT HIRED HIM DOES NOT EXIST (See Article III.A).**

---

[1] **Ultra vires | Wex | US Law | LII / Legal Information Institute**
https://www.law.cornell.edu › Wex
Latin, meaning "beyond the powers." Describes actions taken by government bodies or corporations that exceed the scope of power given to them by laws or ...

**Definition of ULTRA VIRES • Law Dictionary • TheLaw.com**
https://dictionary.thelaw.com › ultra-vires
**ULTRA VIRES.** TheLaw.com Law Dictionary & **Black's Law** Dictionary 2nd Ed. Latin meaning act without authority or literally beyond powers.

**What is ULTRAVIRES? - Black's Law Dictionary**
https://thelawdictionary.org › ultravires
Definition of **ULTRAVIRES**: It means outside ones jurisdiction.

3

IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

BARBARA STONE,
    Petitioner/Appellant

vs.

ROY R. LUSTIG,
    Respondent/Appellee

CASE NO.: 20-12510

LOWER CASE 15 -20150

_____/

## EMERGENCY SUPPLEMENT TO EMERGENCY PETITION/APPEAL

### I. THIS IS AN EMERGENCY: PETITIONER CAN'T BREATHE AND SUFFOCATED BY CRIMES AGAINST HUMANITY

1. Like George Floyd whose life and breathe was taken by color of law police officers, Petitioner can't breathe, has been raped of her rights and her life is systemically, deliberately and ruthlessly destroyed by corrupt public servants who are color of law officers of the court.

2. The Appeal/Petition filed by Petitioner on July 7, 2020 (the "Petition") sets forth Joan Lenard's color of law proclamation issued June 25, 2020 that confiscates and rapes Petitioner of her Constitutional, natural and human rights (the "Confiscation/Rape of Rights Proclamation") and was flagrantly issued in retaliation against Petitioner for making truth statements in Petitioner's Declaratory Judgment.

3. Not only does the Confiscation/Rape of Rights Proclamation expose Joan Lenard's baseness and immorality, but it documents that she has a pattern and history of operating a fake, court of no law where the laws are not only not followed, but are deliberately and criminal violated to achieve her own self serving agenda, the EXACT AND IDENTICAL tactics employed by Joan Lenard in issuing the December 7, 2015 proclamation to embezzle and loot Petitioner's home and life savings under the guise of an order.

4. These acts engaged in by Joan Lenard, a public servant, officer of the court ARE NO DIFFERENT THAT THOSE EMPLOYED BY DEREK CHAUVIN THE MURDERER OF GEORGE FLOYD WHO TOOK THE LAW INTO HIS OWN HANDS.